UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                )
                                      )
    Harold Rummell         )          No. 21-70065
    Andrea Rummell         )
                                      )          Chapter 13
                                      )
_____

Creditor:    UPMC Health Services

NOTICE OF WITHDRAWAL OF CLAIM

Notice is hereby given that UPMC Health Services hereby withdraws claim number 9 previously filed in this matter on April 6, 2021.

Respectfully Submitted,

By: ___/s/ Ty Anthony Riha_____

Ty Anthony Riha
DCM Services / Bankruptcy
PO Box 1123
Minneapolis, MN 55440
Phone: 612-243-8554
Fax: 612-243-8309